[No. 10835–2–I.   Division One.   March 28, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS WATSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–02056–5, Arthur E. Piehler, J., entered September 23, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Williams and Ringold, JJ.

[No. 11171–0–I.   Division One.   March 28, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK A. GRIFFIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–00788–7, Peter K. Steere, J., entered December 16, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Callow and Scholfield, JJ.

[No. 10104–8–I.   Division One.   March 28, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM CHARLES HICKS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–03720–6, David C. Hunter, J., entered March 13, 1981. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Callow and Corbett, JJ.